■ MALCOLM PIRNIE, INC., Appellant, v PAUL H. WERTHMAN et al., Respondents. [720 NYS2d 863] —Order unanimously reversed on the law without costs, motion denied and first through eighth causes of action reinstated. Memorandum: Supreme Court erred in granting defendants' motion to dismiss

the first through eighth causes of action of the amended complaint (*see*, CPLR 3211 [a] [1], [7]). The restrictive covenants set forth in the employment agreement are client-based, and the court erred in determining that they are unreasonable as a matter of law because they contain no geographic limitations (*see, Bates Chevrolet Corp. v Haven Chevrolet*, 13 AD2d 27, 30). In any event, overbroad restrictive covenants are partially enforceable "to the extent necessary to protect [the employer's] legitimate interest" (*BDO Seidman v Hirshberg*, 93 NY2d 382, 394; *see, Trans-Continental Credit & Collection Corp. v Foti*, 270 AD2d 250, 251). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.